UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

---

AUGUSTO GUTIERREZ and
WALTER ARTICA, et al,
individually on behalf of themselves,
and on behalf of all others
similarly situated,

                Plaintiffs,

v.

BAIRD DRYWALL & ACOUSTIC, INC., et al.,

                Defendants.

CASE NO. 7:22-cv-00604-EKD

---

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs and Baird Drywall & Acoustic, Inc. ("Defendant"), by their respective counsel, respectfully move the Court to enter an Order approving the settlement of this FLSA action. A copy of the proposed settlement is attached as Exhibit 1 and a copy of a proposed Joint Consent Order is attached as Exhibit 2. For the Court's consideration, the parties are submitting a joint memorandum in support of this Motion.

For the reasons set out in the memorandum, the parties believe the settlement is fair and reasonable. Wherefore, the parties request that the Court approve the settlement and enter the Proposed Consent Order provided as an attachment to this Joint Motion to Approve Settlement.

Respectfully submitted,

| AUGUSTO GUTIERREZ, et al. | BAIRD DRYWALL AND ACOUSTIC, INC. |
|---|---|
| /s/Craig Juraj Curwood<br>Craig Juraj Curwood (VSB No. 43975)<br>Zev Antell, Esq. (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Ste. 302<br>Richmond, Virginia 23219<br>Tel: 804-648-4848<br>Fax: 804-237-0413<br>craig@butlercurwood.com<br>zev@butlercurwood.com<br><br>/s/Timothy Coffield<br>Timothy Coffield (VSB No. 83430)<br>COFFIELD PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>P: (434) 218-3133<br>F: (434) 321-1636<br>tc@coffieldlaw.com<br><br>*Counsel for Plaintiffs* | /s/Andrew S. Gerrish<br>Andrew S. Gerrish, Esq.<br>Nathan H. Schnetzler, Esq.<br>Glenn B. Williams, Esq.<br>FRITH ANDERSON + PEAKE<br>P.O. Box 1240<br>Roanoke, Virginia 24006-1240<br>Phone: (540) 772-4600<br>Fax: (540) 772-9167<br>agerrish@faplawfirm.com<br>nschnetzler@faplawfirm.com<br><br>*Counsel for Defendant Baird Drywall and Acoustic, Inc.* |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

/s/Timothy Coffield