UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

AUGUSTO GUTIERREZ and
WALTER ARTICA, et al,
individually on behalf of themselves,
and on behalf of all others
similarly situated,

                                  Plaintiffs,

v.                                                CASE NO.  7:22-cv-00604-EKD

BAIRD DRYWALL & ACOUSTIC, INC., et al.,

                                  Defendants.

## JOINT CONSENT ORDER APPROVING FLSA SETTLEMENT

Plaintiffs and Baird Drywall & Acoustic, Inc. ("Defendant"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect.  It is further ORDERED that within 180 days following the date that the settlement administrator receives Defendants' payment as contemplated by the Agreement, the Plaintiffs will file a proposed dismissal order, which will also serve to notify the Court as to whether all Plaintiffs are to be dismissed with prejudice or, whether any Plaintiffs are to be dismissed without prejudice, at which time a final order will issue. This Court retains jurisdiction

to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

Entered: November 28, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge